# EXHIBIT B



Years before he downplayed lead poisoning of children in public housing, de Blasio blasted NYCHA for lead paint failures

During a brief proceeding, prosecutor Patrick Egan told Judge Jed Rakoff he expected the feds' case against Simmons would take about two weeks. Rakoff set the trial date for Feb. 5.



Stacey Richman (l.) who repped Simmons during this court appearance, said Simmons would continue with treatment after he also said him Rakoff for New York Daily News

Simmons — who recently went to rehab after testing positive for coke and pot while out on bail — said "I'm feeling good," as he left the courtroom.

Asked about rehab, Stacey Richman, who repped Simmons during this court appearance, said he would continue with treatment.