# EXHIBIT C



MUSIC

# D.M.X. OUT HERE LOOKING HEALTHY AND FEELING GOOD

OCTOBER 6, 2017 | REIGN

Rapper DMX went to court Federal Court Thursday to find out when his trial will start for tax fraud.

The judge set DMX's trail date to begin on February 5th, 2018.

DMX is still in rehab fro drugs where he will continue to get treatment for about another month according to TMZ.

X said he is feeling good while leaving the courtroom but not only that he looks like he is feeling good and eating good too!



**SHARE THIS:**

 Email    Facebook    Twitter

Related:

**DMX To Use His Music To Get Out Of Jail**
March 28, 2018
In "Culture"

**Clearing a Debt**
April 24, 2017
In "Music"

**DMX On House Arrest After Failing Drug Test For Cocaine And Weed**
August 11, 2017
In "Music"

 DMX